48 A.3d 1242

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Thomas EDWARDS, Petitioner.**

**No. 61 EM 2012.**

Supreme Court of Pennsylvania.

July 18, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2012, in response to the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County. Within 90 days of this order, the trial court shall determine whether counsel abandoned Petitioner. If the trial court determines that counsel abandoned Petitioner, counsel shall file a Petition for Allowance of Appeal within 30 days of the trial court's order.